

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2016

No. 04-16-00622-CR

Antonio **TORRES,**
Appellant

v.

The State of **TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0934
Honorable Jefferson Moore, Judge Presiding

## O R D E R

On December 16, 2016, appellant filed a *pro se* motion for extension of time in which to file his appellant's brief. Appellant is represented on appeal by Patrick Barry Montgomery. In Texas, appellants do not have the right to hybrid representation. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means appellant's *pro se* motion will be treated as presenting nothing for this court's consideration. *Id.*

Accordingly, the motion is DENIED, and appellant is encouraged to refrain from filing further *pro se* motions.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court